# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRELL JAMES FLETCHER,
     Appellant,
  vs.
THE STATE OF NEVADA,
     Respondent.

No. 81851

**FILED**

NOV 2 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

On October 16, 2020, this court issued an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the notice of appeal was untimely filed. Appellant's counsel has filed a response to the order to show cause wherein he indicates that he miscalendared the date for filing the notice of appeal.[1] The judgment of conviction was entered on August 24, 2020. However, the notice of appeal was not filed until September 24, 2020, one day after the expiration of the 30-day appeal period prescribed by NRAP 4(b). The notice of appeal is untimely, and this court lacks jurisdiction to consider this appeal. *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944,

---

[1]Appellant's motion to late-file the response to the order to show cause and the docketing statement is granted. The response and docketing statement were filed on November 19, 2020.

 
20-42886

946 (1994) ("[A]n untimely notice of appeal fails to vest jurisdiction in this court."). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                             Silver


cc:     Hon. David A. Hardy, District Judge
        David Kalo Neidert
        Attorney General/Carson City
        Washoe County District Attorney
        Attorney General/Ely
        Washoe District Court Clerk